Submitted on record and briefs March 3, vacated in part; otherwise affirmed
May 10, petition for review denied September 26, 2000 (331 Or 191)

THEODORE ALLEN GRAVNING,
*Appellant,*

*v.*

Dan JOHNSON,
Superintendent,
Snake River Correctional Institution,
*Respondent.*

(98-02-29, 519-M; CA A104386)

2 P3d 439

Bob Pangburn filed the brief for appellant.

Hardy Myers, Attorney General, Michael D. Reynolds, Solicitor General, and Katherine H. Waldo, Assistant Attorney General, filed the brief for respondent.

Before Landau, Presiding Judge, and Linder and Brewer, Judges.

PER CURIAM

Judgment requiring payment of court-appointed attorney fees vacated; otherwise affirmed. *Alexander v. Johnson,* 164 Or App 235, 990 P2d 929 (1999).